UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| PEDDINGHAUS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 11-CV-2187 |
| CONTROLLED AUTOMATION, FORNEY | ) |
| B. LILE, KRIS SIKES, and GODADDY.COM, | ) |
| | ) |
| Defendants. | ) |

### ORDER

On March 12, 2012, Magistrate Judge David G. Bernthal filed a Report and Recommendation (#18) in the above cause. Judge Bernthal recommended denying the Motion to Transfer Venue (#7) filed by Defendant Controlled Automation, denying the Motion to Dismiss, Or, In the Alternative, Motion to Transfer Venue (#9) filed by Defendant Forney B. Lile, and denying the Motion to Dismiss, Or, In the Alternative, Motion to Transfer Venue (#13) filed by Defendant Kris Sikes. More than fourteen (14) days have elapsed since the filing of the Recommendation and Defendants Controlled Automation and Sikes have not filed Objections. See 28 U.S.C. § 636(b)(1). Judge Bernthal's Report and Recommendation is, therefore, accepted by this court regarding the Motions filed by Defendants Controlled Automation and Sikes. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

On March 12, 2012, Defendant Lile filed an Objection to Report and Recommendation (#19). Defendant Lile has challenged Judge Bernthal's recommendation regarding his Motion to Dismiss and insists that exercising personal jurisdiction over him

individually does not comport with "fair play and substantial justice." Following this court's careful de novo review of Judge Bernthal's reasoning and Defendant Lile's Objection, this court agrees with and accepts the Report and Recommendation (#18). This court agrees with Judge Bernthal's thorough and well-supported Report and Recommendation.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#18) is accepted by this court.

(2) The Motion to Transfer Venue (#7) filed by Defendant Controlled Automation is DENIED.

(3) The Motion to Dismiss, Or, In the Alternative, Motion to Transfer Venue (#9) filed by Defendant Lile is DENIED.

(4) The Motion to Dismiss, Or, In the Alternative, Motion to Transfer Venue (#13) filed by Defendant Sikes is DENIED.

(5) Defendants Lile and Sikes are allowed twenty-one (21) days to file their Answer to Plaintiff's Complaint.

(6) This case is referred to Judge Bernthal for further proceedings.

ENTERED this 13th day of March, 2012.

s/MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE